IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BETSY NELSON, *Individually and on Behalf of All Others Similarly Situated*, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 6:23-v-03339-MDH |
| | ) |
| NATIONSTAR MORTGAGE LLC d/b/a MR COOPER, and CENLAR AGENCY, INC. d/b/a CENLAR FSB, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is a Joint Stipulation of Dismissal As To Cenlar Agency, Inc. Without Prejudice (Doc. 57) wherein all parties jointly stipulate that all claims against Defendant Cenlar Agency, Inc. d/b/a Cenlar FSB be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and with each party to bear their own attorneys' fees and costs.

WHEREFORE, after review, the Court hereby dismisses this matter as to only Defendant Cenlar Agency, Inc., without prejudice, and with each party bearing its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED:       May 6, 2024

                                       */s/ Douglas Harpool*
                                       **DOUGLAS HARPOOL**
                                       **UNITED STATES DISTRICT JUDGE**