IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BETSY NELSON, Individually and on Behalf of All Others Similarly Situated, | )<br>)<br>) |
| Plaintiff, | )<br>) Case No.: **6: 23-cv-03339-MDH** |
| v. | )<br>) |
| NATIONSTAR MORTGAGE, LLC d/b/a MR COOPER, and CENLAR AGENCY, INC. d/b/a CENLAR FSB, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

## ORDER

The Court, having reviewed the Joint Stipulation of Dismissal (Doc. 79) as to the claims of Plaintiff Betsy Nelson against Nationstar Mortgage, LLC, filed by the parties, and being fully advised in the premises, hereby orders the claims of Plaintiff against Defendant Nationstar be dismissed *with prejudice*. This case is hereby dismissed with prejudice and without costs to any party.

**IT IS SO ORDERED.**

Date: September 15, 2025                    /s/ Douglas Harpool
                                            **DOUGLAS HARPOOL**
                                            **UNITED STATES DISTRICT JUDGE**